# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINIOS

In re: MICHAEL J. HOBART               §          Case No. 10-74232
       JAIMILINNE HOBART               §
                                       §
              Debtor(s)                §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 08/24/2010.

2) The plan was confirmed on 10/29/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/22/2011, 05/25/2012, 08/09/2013.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 03/03/2015.

6) Number of months from filing or conversion to last payment: 54.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $37,695.00.

10) Amount of unsecured claims discharged without full payment: $95,594.88.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 43,056.00 |
| Less amount refunded to debtor(s) | $ 382.00 |
| **NET RECEIPTS** | $ 42,674.00 |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 3,500.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 2,488.35 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 5,988.35 |

Attorney fees paid and disclosed by debtor(s):   $ 0.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 0.00 |
| CSC LOGIC INC | Sec | 17,694.00 | 18,064.62 | 17,694.00 | 17,694.00 | 2,026.87 |
| CSC LOGIC INC | Uns | 0.00 | 0.00 | 370.62 | 48.40 | 0.00 |
| CITIFINANCIAL | Sec | 300.00 | 1,900.00 | 300.00 | 300.00 | 11.23 |
| CITIFINANCIAL | Uns | 10,138.00 | 8,538.85 | 10,138.85 | 1,323.87 | 0.00 |
| PHH MORTGAGE CORPORATION | Sec | 0.00 | 44,220.21 | 0.00 | 0.00 | 0.00 |
| PHH MORTGAGE CORPORATION | Sec | 8,800.00 | 7,713.16 | 7,713.16 | 7,713.16 | 0.00 |
| UNITED CONSUMER FINANCIAL | Sec | 400.00 | 630.00 | 400.00 | 400.00 | 22.08 |
| UNITED CONSUMER FINANCIAL | Uns | 539.00 | 76.86 | 306.86 | 40.06 | 0.00 |
| AMCORE BANK NA | Uns | 366.00 | NA | NA | 0.00 | 0.00 |
| VANDA, LLC | Uns | 304.00 | 304.12 | 304.12 | 39.71 | 0.00 |
| COMPREHENSIVE MEDICAL | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 96.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 177.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 113.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 245.00 | NA | NA | 0.00 | 0.00 |
| DS WATERS OF NORTH AMERICA | Uns | 248.00 | NA | NA | 0.00 | 0.00 |
| KEY FINANCIAL SERVICES LLC | Uns | 282.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MUTUAL MANAGEMENT | Uns | 75.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 84.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 482.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 4,265.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 300.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 196.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 49.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT | Uns | 138.00 | NA | NA | 0.00 | 0.00 |
| NORTHERN ILLINOIS U | Uns | 896.00 | NA | NA | 0.00 | 0.00 |
| OTHONET LLC | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Uns | 30.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 280.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 462.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| R & B RECEIVABLES MANA | Uns | 727.00 | NA | NA | 0.00 | 0.00 |
| RMH PATHOLOGISTS | Uns | 14.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 3,765.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 123.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 531.00 | 1,578.84 | 1,578.84 | 206.16 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 683.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE | Uns | 186.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD PUBLIC LIBRARY | Uns | 72.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSISTANCE | Uns | 2,920.00 | 23,953.63 | 23,953.63 | 3,127.74 | 0.00 |
| SALLIE MAE | Uns | 2,758.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 2,758.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 3,583.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 5,908.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Uns | 5,517.00 | NA | NA | 0.00 | 0.00 |
| MUTUAL MANAGEMENT SERVICES | Uns | 4,413.00 | 6,284.36 | 6,284.36 | 820.58 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 18,268.00 | 18,438.94 | 18,438.94 | 2,407.66 | 0.00 |
| VILLAGE OF CHERRY VALLEY | Uns | 20.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 255.44 | 255.44 | 33.35 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | 303.41 | 303.41 | 39.62 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NORTHERN ILLINOIS PROSTHETICS | Uns | 1,500.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOCIATES OF IL | Uns | 374.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH SYSTEMS | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH AMERICAN HOSPITAL | Uns | 100.00 | 3,194.11 | 3,194.11 | 417.07 | 0.00 |
| LVNV FUNDING LLC | Uns | 0.00 | 108.01 | 108.01 | 14.09 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 7,713.16 | $ 7,713.16 | $ 0.00 |
| Debt Secured by Vehicle | $ 17,994.00 | $ 17,994.00 | $ 2,038.10 |
| All Other Secured | $ 400.00 | $ 400.00 | $ 22.08 |
| **TOTAL SECURED:** | $ 26,107.16 | $ 26,107.16 | $ 2,060.18 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | $ 65,237.19 | $ 8,518.31 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 5,988.35 |
| Disbursements to Creditors | $ 36,685.65 |
| | |
| **TOTAL DISBURSEMENTS:** | $ 42,674.00 |

12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:  05/12/2015               By:  /s/ Lydia S. Meyer
                                       Trustee

**STATEMENT:**     This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**